**SMALLWOOD v. EASON**

[346 N.C. 171 (1997)]

PEGGY SMALLWOOD AND CRAIG MORNING v. CURTIS ANTHONY EASON,
PERDUE FARMS, INC., DWAYNE MORNING AND LAURA ANN GRANT

No. 388A96

(Filed 9 May 1997)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 661, 474 S.E.2d 411 (1996), affirming an order allowing defendants' (Eason and Perdue Farms) motion for directed verdict entered by Duke, J., on 29 March 1995, in Superior Court, Bertie County. Heard in the Supreme Court 17 April 1997.

*Gray, Newell and Johnson, L.L.P., by Angela Newell Gray and Mark Gray, for plaintiff-appellants.*

*Haynsworth, Baldwin, Johnson and Greaves, P.A., by Charles P. Roberts III, for defendant-appellees Eason and Perdue Farms.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Greene, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for further remand to the Superior Court, Bertie County, for proceedings not inconsistent with Judge Greene's dissenting opinion.

REVERSED AND REMANDED.